IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALEX AZAR, in his official capacity as Secretary U.S. Department of Health & Human Services *et al.*,<br><br>　　Defendants. | Case No. 1:20-cv-3702-JPB |

## **NOTICE OF APPEARANCE**

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for defendants Alex Azar, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. Department of Health and Human Services; Nina B. Witkofsky, in her official capacity as Acting Chief of Staff of the U.S. Centers for Disease Control and Prevention; and the U.S. Centers for Disease Control and Prevention.

Dated:　September 10, 2020　　　　　　　　Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:   (202) 305-0727
Fax:   (202) 616-8470
E-mail:   leslie.vigen@usdoj.gov

*Counsel for Defendants*