IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD LEE BROWN, ET AL., | : | |
| | : | CIVIL ACTION NO.: |
| | : | 1:20-cv-3702-WMR |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SEC. ALEX AZAR, ET AL., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE WITHDRAWING THEIR MOTION FOR LEAVE TO FILE AND MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiffs Richard Lee (Rick) Brown, Jeffrey Rondeau, David Krausz, Sonya Jones and the National Apartment Association (NAA) hereby withdraw their Motion for Leave to File Excess Pages (ECF No. 5) and Motion for Temporary Restraining Order (ECF No. 6) as those motions are now moot.

In support of the motion, Plaintiffs say as follows:

1.      Undersigned counsel filed a complaint in this matter on September 8, 2020 (ECF No. 1).

2.      That same day counsel filed a Motion for Temporary Restraining Order (ECF No. 6) and a related Motion for Leave to File Excess Pages (ECF No. 5).

3.      Plaintiffs filed an amended complaint on September 18, 2020.

4.      Because the amended complaint included additional plaintiffs in this matter, it is necessary for counsel to revise the request for preliminary relief.

5.      Accordingly, Plaintiffs intend to file a new Motion for a Preliminary Injunction and accompanying Motion for Leave to File Excess Pages related to an accompanying memorandum of law in support of the motion.

6.      Plaintiffs therefore withdraw the pending motions, which will be replaced by forthcoming filings.

WHEREFORE Plaintiffs hereby withdraw their Motion for Leave to File Excess Pages (ECF No. 5) and Motion for Temporary Restraining Order (ECF No. 6).

September 18, 2020

Respectfully,

/s/ James W. Hawkins
James W. Hawkins
Georgia State Bar No. 338767
JAMES W. HAWKINS, LLC
5470 Blair Valley Run
Cumming, GA 30040
V: 678-697-1278
F: 678-540-4515
jhawkins@jameswhawkinsllc.com

/s/ Caleb Kruckenberg
**Caleb Kruckenberg**
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
caleb.kruckenberg@ncla.legal

2

(202) 869-5210
*Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing court filing has been prepared in 14-point

Times New Roman font and complies with LR 5.1, NDGa and LR 7.1(D), NDGa.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 18, 2020, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which sent

notification of such filing to all counsel of record.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiff*