IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD LEE BROWN, ET AL., | : | |
| | : | CIVIL ACTION NO.: |
| | : | 1:20-cv-3702-WMR |
| Plaintiffs, | : | |
| v. | : | |
| SEC. ALEX AZAR, ET AL., | : | |
| Defendants. | : | |

**<u>JOINT MOTION FOR ENTRY OF PROPOSED BRIEFING SCHEDULE</u>**

Plaintiffs Richard Lee (Rick) Brown, Jeffrey Rondeau, David Krausz, Sonya Jones and the National Apartment Association (NAA) and Defendants Secretary Alex Azar, U.S. Department of Health and Human Services, Acting Chief of Staff Nina B. Witkofsky, and U.S. Centers for Disease Control and Prevention, having conferred through undersigned counsel, respectfully move the Court to enter the proposed briefing schedule set forth below, and state as follows:

1. Plaintiffs filed an amended complaint in this matter on September 18, 2020.

2. That same day Plaintiffs filed a motion for a preliminary injunction and an unopposed motion for leave to file an oversized memorandum of law in support of the motion for a preliminary injunction.

3.     Counsel for the parties have conferred and agree that, consistent with the local rules, Defendants shall have 14 days to file a written response to Plaintiffs' motion for a preliminary injunction.

WHEREFORE the parties respectfully request that the Court enter an order confirming that Defendants' deadline to file a written response to Plaintiffs' motion for a preliminary injunction is 14 days.

September 18, 2020

        Respectfully,

        */s/ James W. Hawkins*
        James W. Hawkins
        Georgia State Bar No. 338767
        JAMES W. HAWKINS, LLC
        5470 Blair Valley Run
        Cumming, GA 30040
        V: 678-697-1278
        F: 678-540-4515
        jhawkins@jameswhawkinsllc.com

        */s/ Caleb Kruckenberg*
        **Caleb Kruckenberg**
        Litigation Counsel
        New Civil Liberties Alliance
        1225 19th St. NW, Suite 450
        Washington, DC 20036
        caleb.kruckenberg@ncla.legal
        (202) 869-5210
        *Admitted Pro Hac Vice*
        *Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing court filing has been prepared in 14-point Times New Roman font and complies with LR 5.1, NDGa and LR 7.1(D), NDGa.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiff*
