IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN<br>Plaintiff<br>v.<br>ALEX AZAR,<br>IN HIS OFFICIAL CAPACITY AS SECRETARY U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>*and*<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>*and*<br>NINA B. WITKOFSKY,<br>IN HER OFFICIAL CAPACITY AS ACTING CHIEF OF STAFF U.S. CENTERS FOR DISEASE<br>Defendants | CIVIL ACTION NO.<br>20-cv-03702-JPB |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF THE AMERICAN ACADEMY OF PEDIATRICS; AMERICAN MEDICAL ASSOCIATION; CHILDREN'S HEALTHWATCH; THE GEORGE CONSORTIUM; GEORGIA CHAPTER, AMERICAN ACADEMY OF PEDITRICS; GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY; NATIONAL HISPANIC MEDICAL ASSOCIATION; NATIONAL MEDICAL ASSOCIATION; NORTH CAROLINA PEDIATRIC SOCIETY, STATE CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; PUBLIC HEALTH LAW WATCH; SOUTH CAROLINA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS; SOUTHERN POVERTY LAW CENTER; VIRGINIA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS; EMILY A. BENFER; MATTHEW DESMOND; GREGG GONSALVES; DANYA A. KEENE; KATHRYN M. LEIFHEIT; MICHAEL Z. LEVY; SABRIYA A. LINTON;**

**CRAIG E. POLLACK; JULIA RAIFMAN; GABRIEL L. SCHWARTZ; and DAVID VLAHOV IN SUPPORT OF THE DEFENDANTS.**

*Amici Curiae* respectfully move for leave to file an amicus brief in support of Defendants. All parties to this litigation have consented to the filing of this *amicus* brief. No party's counsel authored any part of the brief, nor have any party or their counsel contributed money intended to fund the preparation or submission of the brief. No person other than *Amici*, their members, and their counsel contributed any money intended to fund the preparation or submission of the brief. As grounds for this filing, *Amici* state as follows:

1.  The twenty-four *amici* include: national associations and organizations that represent physicians, pediatricians, and medical professionals and strive to advance the health of children, adolescents, adults, and disadvantaged and minority populations; and individual *amici* who are sociologists, epidemiologists, and public health, law, nursing, and medical school faculty. They are the nation's foremost authorities on eviction, housing, and health.

2.  *Amici* have a strong interest in participating in this case because, based on their extensive research and work in this area, all *amici* recognize that housing is critical to protecting public health and ensuring health equity during the COVID-19 pandemic. The Centers for Disease Control and Prevention order at the center of this case is supported by their research and directly affects the health of populations amici serve.

3.    Further, *Amici* offer the Court a broader perspective on the public health and sociological impact that invalidating or preliminarily enjoining the CDC Order would have on vulnerable low-income families, especially Black, Latinx, and Indigenous families.

4.    *Amici* have received the consent of all parties to file this brief.

Accordingly, *amici* respectfully request that this Court grant leave to file the accompanying *amici curiae* brief for consideration.

Dated: October 9, 2020                                   Respectfully submitted,

                                                          /s/ *Wingo F. Smith*
                                                          Wingo F. Smith,
                                                          Georgia Bar No. 147896
SOUTHERN POVERTY LAW CENTER                               wingo.smith@splcenter.org
150 E. Ponce de Leon Ave.
Suite 340
Decatur, GA 30030
(404) 783-1777

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
wingo.smith@splcenter.org
**SOUTHERN POVERTY LAW CENTER**

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

/s/ *Wingo F. Smith*
Wingo F. Smith
Georgia Bar No. 147896
wingo.smith@splcenter.org
**SOUTHERN POVERTY LAW CENTER**