IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, <br> IN HIS OFFICIAL CAPACITY AS SECRETARY U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br> *and* <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br> *and* <br><br> NINA B. WITKOFSKY, <br> IN HER OFFICIAL CAPACITY AS ACTING CHIEF OF STAFF U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br> Defendants. | CIVIL ACTION NO. <br> 20-cv-03702-JPB |

**BRIEF OF *AMICI CURIAE* OF
THE AMERICAN ACADEMY OF PEDIATRICS, ET AL.**

**APPENDIX A**

**IDENTITY AND INTEREST OF AMICI CURIAE**

The twenty-four *amici* include: national association and organizational *amici* that represent medical professionals who strive to advance the health of children,

1

adolescents, adults, and disadvantaged and minority populations; and individual *amici* who are sociologists, epidemiologists, and public health, law, nursing, and medical school faculty. They are the nation's foremost authorities on eviction, housing, and health. Based on their extensive research and work in this area, all *amici* recognize that housing is critical to protecting public health and ensuring health equity during the COVID-19 pandemic.

**AMERICAN ACADEMY OF PEDIATRICS** (AAP) is a national, not-for-profit organization and membership organization dedicated to improving child and adolescent health that represents over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists nationwide. AAP recognizes that the health of children and housing security are closely intertwined, and children without homes are more likely to suffer from chronic disease, hunger, and malnutrition than are children with homes.

**AMERICAN MEDICAL ASSOCIATION** (AMA) is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the


adolescents, adults, and disadvantaged and minority populations; and individual *amici* who are sociologists, epidemiologists, and public health, law, nursing, and medical school faculty. They are the nation's foremost authorities on eviction, housing, and health. Based on their extensive research and work in this area, all *amici* recognize that housing is critical to protecting public health and ensuring health equity during the COVID-19 pandemic.

**AMERICAN ACADEMY OF PEDIATRICS** (AAP) is a national, not-for-profit organization and membership organization dedicated to improving child and adolescent health that represents over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists nationwide. AAP recognizes that the health of children and housing security are closely intertwined, and children without homes are more likely to suffer from chronic disease, hunger, and malnutrition than are children with homes.

**AMERICAN MEDICAL ASSOCIATION** (AMA) is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the

betterment of public health, and these remain its core purposes. AMA members practice in every medical specialty and in every state. The AMA maintains that optimizing the social determinants of health is an ethical obligation of a civil society.

**CHILDREN'S HEALTHWATCH** is a nonpartisan network of pediatricians, public health researchers, and child health and policy experts committed to improving the health and development of young children in America. Based on our research and that of others, the connection between housing and health is clear: when children live in safe, stable homes they are better able to thrive. Children in families that fall behind on rent, move frequently, and/or experience or have experienced homelessness are more likely to be in poor health, at developmental risk, and have a history of hospitalizations. Families facing eviction, and thus housing instability and homelessness, were at a high risk of poor child and adult health outcomes prior to the COVID-19 crisis and are at an even greater risk today. Coping strategies like "doubling up" with friends or relatives make them even more susceptible to contracting COVID-19.

**GEORGIA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS** (GA-AAP) is a not-for-profit organization and membership organization dedicated to improving child and adolescent health in Georgia that represents over 1800 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical

3

specialists in the state. The Chapter recognizes that the health of children and housing security are closely intertwined, and children without homes are more likely to suffer from chronic disease, hunger, and malnutrition than are children with homes.

**GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY** (GLMA) is the largest and oldest association of lesbian, gay, bisexual, transgender and queer (LGBTQ) health professionals. GLMA's mission is to ensure health equity for LGBTQ and all sexual and gender minority (SGM) individuals, and equality for LGBTQ/SGM health professionals in their work and learning environments by utilizing the scientific expertise of its diverse multidisciplinary membership to inform and drive advocacy, education, and research. Previously known as the Gay and Lesbian Medical Association, GLMA is a national leader in addressing the full range of health concerns and issues affecting LGBTQ people, including by ensuring that sound science and research informs health policy and practices for the LGBTQ community.

**NATIONAL HISPANIC MEDICAL ASSOCIATION** (NHMA) represents the interests and concerns of 50,000 licensed physicians who are committed to working with its partners to improve the health of Hispanic and underserved

populations. NHMA's advocacy and education efforts are focused on increasing health equity in the United States.

**NATIONAL MEDICAL ASSOCIATION** (NMA) is the largest and oldest national organization representing more than 50,000 African-American physicians and the patients they serve. NMA aims to improve the quality of health among disadvantaged and minority populations.

**NORTH CAROLINA PEDIATRIC SOCIETY, STATE CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS** (NCPEDS) is a North-Carolina based non-profit representing more than 2,300 pediatricians and other child health professionals across North Carolina. Our mission is to empower pediatricians and our partners to foster the physical, social, and emotional well-being of infants, children, adolescents and young adults. Safe, stable housing is a critical component of that well-being.

**PUBLIC HEALTH LAW WATCH (PHLW) AND THE GEORGE CONSORTIUM** is a nationwide network of over 70 public health law scholars, academics, experts, and practitioners who are dedicated to advancing public health through law. PHLW's goals are to increase visibility and understanding of public health law issues, identify ways to engage on these issues and provide legal analysis and

commentary. The statements expressed in this brief do not necessarily represent the views of any individuals or institutions affiliated with PHLW.

**SOUTH CAROLINA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS** (SC-AAP) is a not-for-profit organization and membership organization dedicated to improving child and adolescent health in South Carolina. It represents over 600 primary care pediatricians, pediatric subspecialists, and pediatric surgical specialists in the state. SC-AAP recognizes that the health of children and housing security are closely intertwined, and children without homes are more likely to suffer from chronic disease, hunger, and malnutrition than children with homes.

**SOUTHERN POVERTY LAW CENTER** ("SPLC") has provided pro bono civil rights representation to low-income persons in the Southeast since 1971, with particular focus on combating unlawful discrimination and ending poverty. The SPLC provides educational materials, engages in policy reform, and develops litigation to eradicate economic penalties and punishment disproportionately impacting Black and Brown communities, to ensure meaningful access to social safety nets, including housing, and opportunities for economic investment in their communities.

**VIRGINIA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS** (VA-AAP) is a Virginia-based, non-profit and member-run organization whose mission

is the attainment of optimal health, safety and well-being of Virginia's children and promotion of pediatricians as the best qualified of all health professionals to provide child health care. The VA-AAP believes that a safe, stable home is important for children's physical and mental health today and their growth and learning abilities tomorrow.

**EMILY A. BENFER, J.D., LL.M.,** is a visiting Professor of Law at Wake Forest University School of Law and a national expert on housing law, health justice, and the COVID-19 eviction crisis. Professor Benfer is the appointed chair of the American Bar Association's COVID-19 Task Force Committee on Eviction. She is the co-creator of the COVID-19 Housing Policy Scorecard with the Eviction Lab at Princeton University and the principal investigator in a nationwide study of COVID-19 eviction moratoriums and housing policies and an investigator in a study of state eviction moratoriums and COVID-19 infections and mortality rates.

**MATTHEW DESMOND, Ph.D.**, is the Maurice P. During Professor of Sociology at Princeton University. He is the author of four books, including *Evicted: Poverty and Profit in the American City* (2016), which won the Pulitzer Prize, National Book Critics Circle Award, and Carnegie Medal. He was a 2015 MacArthur "Genius" Fellow. As the Principal Investigator of the Eviction Lab, his research focuses on poverty in America, city life, housing insecurity, and public policy. The Eviction Lab

developed the Eviction Tracker System to analyze eviction filing rates during the COVID-19 pandemic.

**GREGG GONSALVES, Ph.D.**, is an assistant professor of epidemiology of microbial diseases, Yale School of Public Health and associate professor (adjunct) of law, Yale Law School. A 2018 MacArthur "Genius" Fellow, he works at the intersection of human rights and public health research to address social inequities.

**DANYA E. KEENE, Ph.D.**, is an associate professor of public health at the Yale School of Medicine. She is a leading expert on how public policy contributes to or ameliorates health inequities, with a focus on the relationship between housing and health.

**KATHRYN M. LEIFHEIT, Ph.D.**, is an epidemiologist and postdoctoral fellow at the University of California Los Angeles Fielding School of Public Health and an expert on the effects of eviction on child and population health. She is a principal investigator in a study of expiring eviction moratoriums and COVID-19 infection and mortality rates.

**MICHAEL Z. LEVY, Ph.D.,** is an associate professor of epidemiology at the Perelman School of Medicine of the University of Pennsylvania. He specializes in developing methods to model and control the transmission of infectious diseases in

cities. He has worked on housing policy and is the principal investigator of a model estimating how evictions drive COVID-19 spread.

**SABRIYA L. LINTON, Ph.D.**, is an Assistant Professor in the Department of Mental Health at the Johns Hopkins Bloomberg School of Public Health. Broadly, Dr. Linton uses mixed methods and multi-method designs to identify social and structural determinants of mental health, substance use and related sequelae. She is principal investigator of studies evaluating the impacts of housing policies, community development, and gentrification on behavioral health.

**CRAIG E. POLLACK, M.D., MHS,** is the Katey Ayres Endowed Associate Professor at the Johns Hopkins University Bloomberg School of Public Health, School of Nursing, and School of Medicine. He is a national expert on the connection between housing and health and continues his clinical practice as a primary care physician at the Johns Hopkins Outpatient Center. He is also a principal investigator in a study of eviction moratoriums and COVID-19 infection and mortality rates.

**JULIA RAIFMAN, Sc.D.,** is an assistant professor of Health Law, Policy & Management at the Boston University School of Public Health. Her expertise is in health and social policy drivers of population health and health inequities. She is an

investigator in a study of COVID-19 related stressors and suicidal ideation and in a study of state eviction moratoriums and COVID-19 infections and mortality rates.

**GABRIEL L. SCHWARTZ, Ph.D.**, is a social epidemiologist and postdoctoral fellow at the Social Policies for Health Equity Research program at University of California San Francisco. He is an expert on the impacts of eviction on children's health and well-being, and the lead author on studies linking eviction to lead poisoning and cognitive skill impairment.

**DAVID VLAHOV, Ph.D., RN**, is a professor of nursing at the Yale School of Nursing and a professor of epidemiology of microbial diseases at the Yale School of Public Health. He is also the co-director of the National Program Office for the Robert Wood Johnson Foundation's Culture of Health: Evidence for Action Program.

*Individual* amici *participate in this brief in their individual capacity and based on their expert opinions. The views expressed by individual* amici *herein do not necessarily reflect the policies or positions of host institutions or employers.*