The chart below details the number of renters unable to pay rent and at risk of eviction,[1] the societal cost of eviction,[2] the estimated rent shortfall by January 2021,[3] and the cost savings of preventing eviction.[4]

|  | Renter households at risk of eviction | Societal cost of COVID-19 eviction | Estimated rent shortfall by January 2021 | Cost savings of preventing eviction |
|---|---|---|---|---|
| United States (low) | 9,700,000 | $109,755,566,198 | $25,062,000,000 | $84,693,566,198 |
| United States (high) | 14,200,000 | $159,697,021,215 | $34,344,000,000 | $125,353,021,215 |
| Georgia (low) | 340,000 | $3,829,194,236 | $824,000,000 | $3,005,194,236 |
| Georgia (high) | 460,000 | $5,160,966,369 | $1,052,000,000 | $4,108,966,369 |
| North Carolina (low) | 300,000 | $3,385,469,845 | $632,000,000 | $2,753,469,845 |
| North Carolina (high) | 410,000 | $4,606,260,968 | $824,000,000 | $3,782,260,968 |
| South Carolina (low) | 30,000 | $348,006,592 | $77,000,000 | $271,006,592 |
| South Carolina (high) | 60,000 | $680,949,625 | $119,000,000 | $561,949,625 |
| Virginia (low) | 220,000 | $2,508,353,435 | $578,000,000 | $1,930,353,435 |
| Virginia (high) | 320,000 | $3,618,163,547 | $802,000,000 | $2,816,163,547 |

---

[1] STOUT RISIUS ROSS, ANALYSIS OF CURRENT AND EXPECTED RENTAL SHORTFALL AND POTENTIAL EVICTIONS IN THE U.S., at 36 (Sept. 25, 2020), https://www.ncsha.org/wp-content/uploads/Analysis-of-Current-and-Expected-Rental-Shortfall-and-Potential-Evictions-in-the-US_Stout_FINAL.pdf.
[2] INNOVATION FOR JUSTICE PROGRAM, UNIVERSITY OF ARIZONA JAMES E. ROGERS COLLEGE OF LAW, COST OF EVICTION CALCULATOR REPORT: COMPARING SOCIETAL COST OF EVICTION TO ESTIMATED RENT SHORTFALL FOR: US, GA, NC, SC, VA (Oct. 2, 2020), available at https://Law.arizona.edu/eviction-calculator.
[3] STOUT RISIUS ROSS, supra note 1, at 36.
[4] Calculated by subtracting the estimated rent shortfall from the societal cost of eviction.