# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-03702-JPB
### Brown et al v. Azar et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 10/20/2020.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 11:26 A.M.         COURT REPORTER: Penny Coudriet
TIME IN COURT: 1:11                      DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Caleb Kruckenberg representing National Apartment Association
Caleb Kruckenberg representing David Krausz
Caleb Kruckenberg representing Jeffrey Rondeau
Caleb Kruckenberg representing Richard Lee Brown
Caleb Kruckenberg representing Sonya Jones
Leslie Vigen representing U.S. Centers For Disease Control and Prevention
Leslie Vigen representing U.S. Department of Health and Human Services
Leslie Vigen representing Alex Azar
Leslie Vigen representing Nina B. Witkofsky

PROCEEDING CATEGORY: Motion Hearing(PI or TRO Hearing-Evidentiary);

MOTIONS RULED ON: [18]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT

MINUTE TEXT: The Court held oral argument on the pending Motion for Preliminary Injunction. The Court took motion under advisement. Written order to follow.

HEARING STATUS: Hearing Concluded