IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN, ET AL., | CIVIL ACTION NO.: 1:20-cv-3702-JPB |
| Plaintiffs, | |
| v. | |
| SEC. ALEX AZAR, ET AL., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL**

Plaintiffs Richard Lee (Rick) Brown, Jeffrey Rondeau, David Krausz, Sonya Jones, and the National Apartment Association (NAA) hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Eleventh Circuit from the memorandum and order of the district court, entered on October 29, 2020, (ECF No. 48), denying Plaintiffs' motion for a preliminary injunction

1

November 9, 2020

        Respectfully,

        */s/ James W. Hawkins*
        James W. Hawkins
        Georgia State Bar No. 338767
        JAMES W. HAWKINS, LLC
        5470 Blair Valley Run
        Cumming, GA 30040
        V: 678-697-1278
        F: 678-540-4515
        jhawkins@jameswhawkinsllc.com

        */s/ Caleb Kruckenberg*
        **Caleb Kruckenberg**
        Litigation Counsel
        New Civil Liberties Alliance
        1225 19th St. NW, Suite 450
        Washington, DC 20036
        caleb.kruckenberg@ncla.legal
        (202) 869-5210
        *Appearing Pro Hac Vice*
        *Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing court filing has been prepared in 14-point Times New Roman font and complies with LR 5.1, NDGa and LR 7.1(D), NDGa.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Caleb Kruckenberg*
Caleb Kruckenberg
*Counsel for Plaintiffs*
