IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORRIS COCHRAN, in his official capacity as Secretary U.S. Department of Health & Human Services *et al.*,[1]<br><br>Defendants. | Case No. 1:20-cv-3702-JPB |

## DEFENDANTS' NOTICE OF EXTENSION

Defendants respectfully notify the Court that, on January 29, 2021, the Director of the Centers for Disease Control and Prevention (CDC) signed an Order extending and superseding the September 4, 2020 Order temporarily halting residential evictions of covered persons to prevent the further spread of COVID-19. *See* Exhibit A. This Order provides that it "is effective on January 31, 2021

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), automatic substitutions are made for the following defendants sued in their official capacities: Norris Cochran, Acting Secretary of Health and Human Services, for Alex Azar; and Sherri A. Berger, Acting Chief of Staff for Centers for Disease Control and Prevention, for Nina B. Witkovsky.

and will remain in effect unless extended, modified or rescinded, through March 31, 2021." *Id.* at 13. The Order incorporates much of the content of the September 4, 2020 Order, *id.* at 4, but adds new evidence that provides additional support for the Director's conclusion that the Order is reasonably necessary to prevent the further spread of COVID-19, *see, e.g.*, *id.* at 3, 5–6, 8–9, 11.

Dated:   February 1, 2021

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Acting Assistant Attorney General

                                                ERIC BECKENHAUER
                                                Assistant Director, Federal Programs Branch

                                                */s/ Leslie Cooper Vigen*
                                                LESLIE COOPER VIGEN
                                                Trial Attorney (DC Bar No. 1019782)
                                                STEVEN A. MYERS
                                                Senior Trial Counsel (NY Bar No. 4823043)
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street NW
                                                Washington, DC 20005
                                                Tel:   (202) 305-0727
                                                Fax:   (202) 616-8470

3

E-mail:   leslie.vigen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1(D), that I prepared the foregoing document using Book Antiqua, 13-point font.

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated:   February 1, 2021

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
United States Department of Justice
