UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD LEE BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, in his official capacity as Secretary, U.S. Department of Health & Human Services, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-CV-03702-JPB |

## **ORDER**

On December 29, 2021, the United States Court of Appeals for the Eleventh Circuit granted Defendants' Motion to Dismiss Appeal and dismissed Plaintiffs' appeal as moot in light of the district court's final order in <u>Alabama Association of Realtors v. U.S. Department of Health and Human Services</u>. [Doc. 69].

It appears that this case is now moot. No later than January 18, 2022, the parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed as moot.

**SO ORDERED** this 4th day of January, 2022.

J. P. BOULEE
United States District Judge