# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 06, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 20-14210-HH
Case Style: Richard Brown, et al v. Secretary, U.S. Department of Health & Human Svcs., et al
District Court Docket No: 1:20-cv-03702-JPB

The enclosed copy of this court's unpublished order dismissing an appeal is hereby issued as the mandate of this court. 11th Cir. R. 41-3.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14210-HH

_____

RICHARD LEE BROWN,
JEFFREY RONDEAU,
DAVID KRAUSZ,
SONYA JONES,
NATIONAL APARTMENT ASSOCIATION,

                        Plaintiffs - Appellants,

versus

SECRETARY, U.S. Department of Health and Human Services,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
CHIEF OF STAFF, U.S. Centers for Disease Control and Prevention,
U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION,

                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: BRANCH, GRANT, and TJOFLAT, Circuit Judges.

BY THE COURT:

      In light of the district court's final order in *Alabama Association of Realtors v. U.S. Department of Health and Human Services* invalidating the CDC's "Temporary Halt in Residential Evictions To Prevent the Further Spread of COVID-19," 85 Fed. Reg. 55292 (Sept. 4, 2020), this appeal is moot. *See* No. 20-cv-3377, 2021 WL 1779282 (D.D.C. May 5, 2021). We therefore GRANT the appellees' motion to dismiss this case and, because this Court's

mandate has not yet issued, VACATE our panel opinion.  *See Gipson v. Jefferson Cnty. Sheriff's Off.*, 649 F.3d 1274, 1275 (11th Cir. 2011).

2

ISSUED AS MANDATE 01/06/2022